**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., | ) | |
| an individual, | ) | |
| | ) | Case No.: 4:14-cv-00771 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PRESTON PARKER CROSSING, LTD., | ) | |
| a Texas Limited Company, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and, the Defendant, be and the same is hereby approved, adopted and ratified by the Court;

b.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

c.    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

d.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

 SIGNED this 24th day of June, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE